**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| **SONRAI MEMORY LIMITED,  NERA INNOVATIONS LIMITED,** | § § § § | |
| *Plaintiffs,* | § § § | **CIVIL NO. A-23-CV-01407-ADA** |
| **v.** | § § | |
| **MICRON TECHNOLOGY, INC.,** | § § § | |
| *Defendant.* | § | |

## O R D E R

In accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. § 636, the instant action is hereby referred to United States Magistrate Mark Lane for the purpose of jury selection. Upon selection of the Jury, the undersigned retains full jurisdiction over all other matters.

**SIGNED** this 12th day of August, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE